**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LCG 1 CHAPEL AVE LLC, LANCE LUCARELLI,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.<br><br>Defendant. | Civil Action No. 2:21-cv-00426-KM-JBC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, without prejudice against defendant PGA TOUR, Inc. pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: April 19, 2021

By: */s/ Marc D'Angiolillo*
Marc D'Angiolillo
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800

*Counsel for Plaintiffs LCG 1 Chapel Ave LLC and Lance Lucarelli*

By: */s/ Anthony J. Dreyer*
Anthony J. Dreyer
Danielle Menitove (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
(212) 735-3000

*Counsel for Defendant PGA TOUR, Inc.*